IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02447-KMT

JASMIN ARCINIEGA,

       Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

       Defendant.

---

## RETURN OF SERVICE

---

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **September 10, 2014 at 1:47 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Cherie Nash, an employee of The Corporation Company, as registered agent for Enhanced Recovery Company, LLC at 1675 Broadway, Suite 1200, Denver, CO 80202.

Fee for Process of Service       $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

                                                      _____
                                                      John D. Larson
                                                      88 Inverness Circle East, Suite E-102
                                                      Englewood, CO 80112

Subscribed and sworn to before me this 10th day of September, 2014.

_____
Notary Public

STEPHANIE STEINER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012932
MY COMMISSION EXPIRES MARCH 31, 2017